NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PERRY R. ALEXCE,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2010-7073

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 06-3559, Judge Robert N. Davis.

---

**ON MOTION**

---

**O R D E R**

Perry R. Alexce moves for reconsideration of the order dismissing his appeal for failure of counsel to file a brief.

Upon consideration thereof,

IT IS ORDERED THAT;

The motion will be granted, the mandate will be recalled, the dismissal order will be vacated, and the appeal

will be reinstated, if Alexce files his brief within 30 days of the date of filing of this order.

FOR THE COURT

NOV 3 0 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Naomi E. Farve, Esq.
     Jane W. Vanneman, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 3 0 2010

JAN HORBALY
CLERK